UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

JONI HALLY,

        Plaintiff,

   v.

WALGREEN COMPANY

        Defendant.

NO. CIV. S- 06-2699 FCD/EFB

ORDER

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are **VACATED**; and

3. The Clerk shall issue a new scheduling order for the newly assigned judge.

IT IS SO ORDERED.

DATED: December 1, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT COURT

1 | This case is reassigned to United States District Judge    DAVID F. LEVI    .

2 | IT IS SO ORDERED.

3 | DATED: 12/18/2006

```
                              _____
                              DAVID F. LEVI
                              Chief United States District Judge
```