WILCOXEN, CALLAHAN, MONTGOMERY & DEACON
DANIEL E. WILCOXEN, SBN 54805
MICHELLE C. JENNI, SBN 183292
2114 K Street
Sacramento, CA 95816
Telephone: 916/442-2777
Facsimile:  916/442-4118

Attorneys for Plaintiff, JONI HALLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JONI HALLY, | Case No. 2:06-CV-02699-LKK-EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT WALGREEN COMPANY AND ORDER** |
| vs. | |
| WALGREEN COMPANY, and DOES 1 through 100, inclusive | |
| Defendants. / | |

**TO: THE COURT, THE DEFENDANT, AND THEIR ATTORNEY OF RECORD.**

Plaintiff, JONI HALLY, by and through her counsel, voluntarily dismisses the above-captioned action with prejudice, as to defendant, WALGREEN COMPANY, pursuant to Federal Rules of Civil Procedure Section 41(a)(1).

IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed as to WALGREEN COMPANY with prejudice pursuant to Federal Rules of Civil Procedure Section 41(a)(1).

This Stipulation may be executed in counterparts, all of which together shall constitute one original document.

| | | |
|---|---|---|
| 1 | Dated: October 1, 2007 | WILCOXEN, CALLAHAN MONTGOMERY & DEACON |
| 3 | | By: /S/ Michelle C. Jenni |
| 4 | | DANIEL E. WILCOXEN<br>MICHELLE C. JENNI |
| 5 | | Attorneys for Plaintiff JONI HALLY |
| 9 | Dated: October 1, 2007 | BERRY & BLOCK, LLP |
| 11 | | By: /S/ Rex Darrell Berry |
| 12 | | REX DARRELL BERRY |
| 13 | | Attorneys for Defendant WALGREEN COMPANY |

### PROPOSED ORDER

IT IS HEREBY ORDERED that the above-entitled case is dismissed from this Court with prejudice as to Walgreen Company.

Dated: October 3, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF MAILING**

The undersigned certifies that on October 2, 2007, a true and correct copy of the "**STIPULATION OF DISMISSAL OF DEFENDANT WALGREEN COMPANY AND [PROPOSED] ORDER**" was served via U.S. Mail upon the following:

***Counsel for Defendant:***
Rex Darrell Berry
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
Tele:   (916) 564-2000
Fax:    (916) 564-2024

DATED:  October 2, 2007

By:  /S/ Madeline S. Doskach

MADELINE S. DOSKACH